Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18–11972–CMG
                Chapter: 7
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert Roy Rybeck | Ellen Louise Rybeck |
| 342 Fairview Ave | 342 Fairview Ave |
| Middlesex, NJ 08846 | Middlesex, NJ 08846 |

Social Security No.:
  xxx–xx–7932                                     xxx–xx–7851

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Daniel E Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 10, 2018</u>                 <u>Christine M. Gravelle</u>
                                                  Judge, United States Bankruptcy Court